IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Joshua Lee Phillips, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:13-3078-TLW-SVH |
| ) | |
| Lieutenant Harold Scott; Sergeant Larry ) | |
| Cook; Sergeant Travis Esterline; Officer ) | |
| Dwayne Johnson; and Warden Robert M. ) | |
| Stevenson, III, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

On November 13, 2013, the Plaintiff, Joshua Lee Phillips, proceeding *pro se* and in forma pauperis, filed this civil action alleging violation of 42 U.S.C. § 1983. (Doc. #1). The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Shiva V. Hodges, to whom this case was previously assigned. In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. #37). Objections were due by September 2, 2014. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation, (Doc. #37), is **ACCEPTED** and this action is **DISMISSED** for failure to prosecute.

    **IT IS SO ORDERED**.

    \_\_\_\_s/Terry L. Wooten\_\_\_\_
    Chief United States District Judge

September 11, 2014
Columbia, South Carolina